REDACTED COPY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

FILED
2018 MAY 16 PM 12:52
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
   DEPUTY CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | Cause No.: |
| v. | § § | **INDICTMENT** |
| EDGAR ADOLFO CHIQUIN-XOL | § § § § § | [COUNT 1: 8 U.S.C. § 1326(a) & (b)(1)/(2): Illegal Re-entry into the United States; COUNT 2: 18 U.S.C. § 111(a)(1) & (b): Assault on Federal Officer] |

THE GRAND JURY CHARGES:

**DR18CR0936**

<u>COUNT ONE</u>
[8 U.S.C. § 1326(a) & (b)(1)/(2)]

That on or about April 24, 2018, in the Western District of Texas, Defendant,

EDGAR ADOLFO CHIQUIN-XOL,

an alien, attempted to enter, entered, and was found in the United States having previously been denied admission, excluded, deported and removed from the United States on or about February 14, 2017, and that the Defendant had not received the consent of the Attorney General of the United States and the Secretary of the Department of Homeland Security, to reapply for admission to the United States, in violation of Title 8, United States Code, Section 1326(a) and (b)(1)/(2).

<u>COUNT TWO</u>
[18 U.S.C. § 111(a)(1) & (b)]

On or about April 24, 2018, in the Western District of Texas, Defendant,

EDGAR ADOLFO CHIQUIN-XOL,

did knowingly and intentionally forcibly assault, resist, oppose, impede, intimidate, or interfere with United States Border Patrol Agent S.W. who is an officer or employee of an agency of the

United States, while United States Border Patrol Agent S.W. was engaged in and on account of the performance of his official duties, and such acts involved physical contact with, and bodily injury to the agent, and utilized a deadly or dangerous weapon, to wit, a knife, all in violation of Title 18, United States Code, Section 111(a)(1) & (b).

A TRUE BILL.

_____
FOREPERSON

JOHN F. BASH
United States Attorney

By: _____
JODY GILZENE
Assistant United States Attorney

SEALED:
UNSEALED: XX

## PERSONAL DATA SHEET
## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## DEL RIO DIVISION

# DR 18 CR 0936

COUNTY: UVALDE                USAO#: 2018R09217

DATE: MAY 16, 2018            MAG. CT. #: DR18-03932M

AUSA: JODY GILZENE

DEFENDANT: EDGAR ADOLFO CHIQUIN-XOL

CITIZENSHIP: GUATEMALA

INTERPRETER NEEDED: YES    LANGUAGE: SPANISH

DEFENSE ATTORNEY: CHRISTINA M. NORTON

ADDRESS OF ATTORNEY: 2205 VETERANS BLVD., SUITE A-2, DEL RIO, TEXAS 78840

DEFENDANT IS: DETAINED    DATE OF ARREST: APRIL 24, 2018

BENCH WARRANT NEEDED: NO

PROBATION OFFICER: N/A

NAME AND ADDRESS OF SURETY: N/A

YOUTH CORRECTIONS ACT APPLICABLE: NO

PROSECUTION BY: INDICTMENT

OFFENSE: (Code & Description): COUNT 1: 8 U.S.C. § 1326(a)(1) & (b)(1)/(2) - ILLEGAL REENTRY AFTER DEPORTATION; COUNT 2: 18 U.S.C. § 111(a)(1) & (b): ASSAULT ON FEDERAL OFFICER

OFFENSE IS: FELONY

MAXIMUM SENTENCE: COUNT 1: 20 YEARS IMPRISONMENT; A $250,000 FINE; 3 YEARS OF SUPERVISED RELEASE; AND A $100 SPECIAL ASSESSMENT; COUNT 2: 20 YEARS IMPRISONMENT; A $250,000 FINE; 3 YEARS OF SUPERVISED RELEASE; AND A $100 SPECIAL ASSESSMENT.

PENALTY IS MANDATORY: YES & NO

REMARKS: SEE ABOVE

W/DT-CR-3